UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASTER PROSPEROUS INDUSTRIAL CO., LTD. <br> Plaintiff <br><br> v. <br><br> MARTEK POWER, INCORPORATED (Massachusetts) <br> and <br> MARTEK POWER, INCORPORATED(California) <br> Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. <br> ) 04CV11435 NG <br> ) <br> ) <br> ) <br> ) <br> ) |

NOTICE OF VOLUNTARY DISMISSAL
(Fed. R. Civ. P. 41 (a)(1))

Now comes the plaintiff in the above captioned action and pursuant to the provisions of

Fed. R. Civ. P. 41 (a)(1) hereby dismisses this action against all defendants, with

prejudice, and without costs to any party.

Dated:   *10-21-04*

By Plaintiff's Attorneys

Daniel F. Lenzo (BBO# 293800)
PAPPAS AND LENZO
114 Union Wharf
Boston, MA 02109
(617) 742-0080